Simpson v. Stein.

SIMON SIMPSON v. LOUIS STEIN.

PETITION IN ERROR — *Record* — *Nothing to Review.* Where the record does not show any final disposition of the case, and the only allegation in the petition in error is "that the district court erred in overruling the motion of the defendant below to quash the summons and dismiss the action," there is nothing presented for the supreme court to review.

*Error from Cloud District Court.*

THE opinion states the case.

*L. J. Crans,* for plaintiff in error.

*Kennett & Peck,* for defendant in error.

The opinion of the court was delivered by

HORTON, C. J.: The only allegation in the petition in error filed in this court is that "the district court erred in overruling the motion of the defendant below to quash the summons and dismiss the action." The record does not show any final disposition of the case; therefore there is nothing presented for this court to review. (*Brown v. Kimble,* 5 Kas. 80; *Dolbee v. Hoover,* 8 id. 124; *Snavely v. Buggy Co.,* 36 id. 106; *Burch v. Adams,* 40 id. 639.)

All the Justices concurring.